*E-Filed 12/3/12*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LARRY REDIC, | No. C 08-5010 RS (PR) |
| Petitioner, | **ORDER EXTENDING TIME** |
| v. | |
| JOHN MARSHALL, Warden, | |
| Respondent. | |

Petitioner's motion to extend time to file a response to the petition (Docket No. 58) is GRANTED. Such response shall be filed on or before January 20, 2013. The Clerk shall terminate Docket No. 58.

**IT IS SO ORDERED**.

DATED: December 3, 2012

RICHARD SEEBORG
United States District Judge