# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LARRY REDIC**<br>Appellant,<br>vs<br>**TERRI GONZALES, Warden**<br>Appellee. | U.S.C.A. No.: 15-15177<br>U.S.D.C. No.: CV-08-05010-RS<br><br>ORDER RE: CJA APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL ON APPEAL |

The individual named above as appellant, having testified under oath or having otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and, because the interests of justice so require, the Court finds that the appellant is indigent, therefore;

IT IS ORDERED that the attorney whose name and contact information are listed below is appointed to represent the above appellant.

Gene Vorobyov
450 Taraval St., # 112
San Francisco, CA 94116
(415) 425-2693
gene.law@gmail.com

Appointing Judge: Hon. Judge Seeborg

11/17/15
Date of Order

November 17, 2015
Nunc Pro Tunc Date